UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

James Halsey

v.

Civil No. 12-cv-511-PB

Litton Loan Servicing, LP, et al

ORDER

Re: Document No. 9, Discovery Plan

Ruling: In its order of March 8, the court neglected to address the parties' disagreement over plaintiff's right to a jury trial. In light of Rule 81(c)(3) of the Federal Rules of Civil Procedure, New Hampshire Superior Court Rule 8, and plaintiff's failure to request a jury trial in the pleading that initiated this case in the Superior Court, plaintiff is directed to show cause on or before March 29, 2013, why this case should not be set for a bench trial rather than a jury trial.

Date: March 12, 2013

/s/ Landya B. McCafferty
Landya B. McCafferty
United States Magistrate Judge

Cc: Counsel of Record